## BARBARA IAMELE v. PASQUALE IAMELE
### (AC 30827)

DiPentima, C. J., and Harper and Robinson, Js.

Submitted on briefs October 15—officially released November 2, 2010

Per Curiam. The judgment is affirmed.

## ROBERT HAGERMAN v. COMMISSIONER
## OF CORRECTION
### (AC 31358)

DiPentima, C. J., and Harper and Robinson, Js.

Submitted on briefs October 15—officially released November 2, 2010

Per Curiam. The appeal is dismissed.